AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Plasterers' Local 40 et. al.

V.

Bayside Concrete Construction, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

D.A.C.
E.P.

Rose Marie Bennett R/A/S
Bayside Concrete Construction, Inc.
~~25 Oliphant Lane~~
~~Middletown,~~ Rhode Island 02842
66 Darling Dale Ave. Pawtucket R.I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth A. Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, Rhode Island 02852

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 7/2/07

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE July 20, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Thomas Noury | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Rose Marie Bennett A.E.S. - 66 Darlingdale Ave. Pawtucket R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20.00 | 45.00 | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/20/07 Thomas Noury
Date Signature of Server

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.