**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS'AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 07-252S

BAYSIDE CONCRETE CONSTRUCTION, INC,
*Defendant*.

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorney, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

DEFAULT HEREBY ENTERED

Wendy Geile
DEPUTY CLERK

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on November 28, 2007 for the party below. The Application was also electronically filed on November 28, 2007 and is available for viewing and downloading from the Court's Electronic Case Filing system.

Rose Marie Bennett R/A/S
Bayside Concrete Construction, Inc.
66 Darlingdale Ave.
Pawtucket, RI 02861

/s/ Elizabeth Wiens