**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES. PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds.
*Plaintiffs*,

v. C.A. No. 07-252S

BAYSIDE CONCRETE CONSTRUCTION, INC.
*Defendant*.

**AFFIDAVIT OF DONALD LAVIN**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Donald Lavin, being first duly sworn, depose and state as follows:

1. I am the Co-Administrator for the Plasterers and Cement Masons Local 40 Pension Fund, Annuity Fund, and the Health and Welfare Fund. I am also familiar with the operation and administration of the Apprenticeship Fund. The Funds are joint labor-management employee pension and benefits plans, which provide retirement, health and other benefits to members of the Plasterers and Cement Masons Local 40 (hereinafter, "Local 40").

2. The defendant was, at all relevant times, party to a collective bargaining agreement ("CBA") which requires contributions to the Funds for all hours of work covered by the CBA.

3. Defendant's payroll records reveal that Defendant's employees performed 2,420.5 hours of covered work for the period of July 1, 2006 through December 31, 2007. See Exhibits 1 and 5.

4. The contribution rate for the months of July 2006 through December 2006 is $13.50 per hour. The contribution rate for the months of January through June 2007 is $14.25 per hour. The contributions rate for the period of July 2007 through December 2007 is $14.95 per hour. See Exhibits 2, 3 and 4.

5. Defendant has submitted three payments to the Funds for the period of July 2006 though December 2007 in the following amounts: $1,282.50, $810 and $4,739.15.

6. The total amount of contributions Defendant owes for the period of July 2006 though December 2007 is $27,741.63. See Exhibit 5.

7. Contributions to the Funds are due by the 20th of the month following the month in which the work was performed. Pursuant to the Trust Agreement(s), interest is accrued annually at the prime rate set by the Bank of America. Accordingly, interest on the delinquent contributions as of April 20, 2008 is in the amount of $2,014.23. See Exhibits 5 and 6.

8. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Funds' respective Trust Agreements. Penalties are in the amount of $5,548.33. See Exhibit 5.

9. The Funds have thus far expended costs in the amount of $501 and counsel fees in the amount of $1,992.50 in prosecuting this action. See Affidavit of Elizabeth Wiens, attached to Plaintiffs' Motion for Default.

10. In light of the foregoing figures, the Funds request that the Court enter judgment in the amount of $37,797.68.

11. The foregoing is true and correct to the best of my knowledge.

Dated: April 10, 2008

I, Donald Lavin, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Donald Lavin

Donald Lavin

Subscribed and worn to before me, by Donald Lavin, this 10 day of April, 2008.

Elizabeth F. Paulsen

NOTARY PUBLIC

My commission expires on: 5/24/09