Union work

# DOME *Short-cut* PAYROLL BOOK

DOME®

REGISTRATION

YEAR 20 06

Name of Employer Bayside Concrete Const. Inc.

Street 25 Oliphant Lane

City and State Middletown RI 02842

EMPLOYER IDENTIFICATION NO.:

FEDERAL 34-2012769

STATE

**Disclaimer:** This publication is designed to provide accurate and authoritative information with regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.*

**From the declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations.*

02840

NAME Jeoffrey Tan ito ADDRESS 25 Cliff [illegible] Narragansett RI

| Week No. | WEEK ENDED | SUN. | MON. | TUE. | WED. | THU. | FRI. | SAT. | TOTAL HOURS Reg. | TOTAL HOURS O.T. | RATE Reg. | RATE O.T. | EARNINGS Regular | | EARNINGS Overtime | | Total Wages | | 401K | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-7 | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | 1-14 | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | 1-21 | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | 1-28 | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | [illegible] | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | [illegible] | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | [illegible] | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | [illegible] | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | [illegible] | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | [illegible] | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | [illegible] | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | [illegible] | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | [illegible] | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | [illegible] | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | [illegible] | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | [illegible] | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | [illegible] | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | 5-6 | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | 5-13 | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | 5-20 | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | 5-27 | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | 6-3 | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | 6-10 | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | 6-17 | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | 6-24 | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | | | | TOTALS |
| 27 | 7-1 | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | 7-8 | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | 7-15 | | | | | | 8 | | 8 | | 23 35 | | 186 | 80 | | | 186 | 80 | | | 29 |
| 30 | 7-22 | | | 8 | | 8 | | | 16 | | 24 70 | | 396 | — | | | 396 | — | | | 30 |
| 31 | 7-29 | | 3 | 8 | 8 | 4 | 3 | | 26 | | 24 70 | | 642 | 20 | | | 642 | 20 | | | 31 |
| 32 | 8-5 | | 9 | 8 | 8 | | 8 | | 32 | 1 | 24 70 | 37 05 | 790 | 40 | 37 | 05 | 827 | 45 | | | 32 |
| 33 | 8-12 | | | | | 9.5 | 4 | | 12 | 1.5 | 24 70 | 37 05 | 296 | 40 | 55 | 57 | 301 | 97 | | | 33 |
| 34 | 8-19 | | 11 | 8 | 8 | 9 | | | 24 | 1 | 24 70 | 37 05 | [illegible] | [illegible] | 37 | 05 | 6[illegible]9 | 85 | | | 34 |
| 35 | 8-26 | | 8 | | | 8 | | | 16 | | 24 70 | | 395 | 20 | | | 395 | 20 | | | 35 |
| 36 | 9-2 | | | | 8 | 10 | 4 | | 20 | 2 | 24 70 | 37 05 | 494 | — | 74 | 10 | 568 | 10 | | | 36 |
| 37 | 9-9 | | 11 | | | 12 | 4 | | 12 | 4 | 24 70 | 37 05 | 296 | 40 | 148 | 20 | 444 | 60 | | | 37 |
| 38 | 9-16 | | | | no | | work | | | | | | | | | | | | | | 38 |
| 39 | 9-23 | | | | no | | work | | | | | | | | | | | | | | 39 |
| | 9-30 | | | | no | | work | | | | | | | | | | | | | | |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-7 | | | | no | | work | | | | | | | | | | | | | | 40 |
| 41 | 10-14 | | | | | | 8 | | 8 | | 24 70 | | 197 | 60 | | | 197 | 60 | | | 41 |
| 42 | [illegible] | | | | | 9 | | | 8 | 1 | 24 70 | 37 05 | 197 | 60 | 37 | 05 | 234 | 65 | | | 42 |
| 43 | [illegible] | | | | no | | work | | | | | | | | | | | | | | 43 |
| 44 | 11-4 | | | | | | 8 | | 8 | | 24 70 | | 197 | 60 | | | 197 | 60 | | | 44 |
| 45 | 11-11 | | | | | 6 | 11 | | 14 | 3 | 24 70 | 37 05 | 345 | 80 | 111 | 15 | 456 | 95 | | | 45 |
| 46 | 11-18 | | | | | 8 | | | 8 | | 24 70 | | 197 | 60 | | | 197 | 60 | | | 46 |
| 47 | [illegible] | | | | no | | work | | | | | | | | | | | | | | 47 |
| 48 | [illegible] | | | | no | | work | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | | | | |
| | TOTALS—YEAR | | | | | | | | | | | | | | | | | | | | TOTALS YEAR |

NAME Tony Rowth ADDRESS 333 Symville Ave - Johnston RI

| Week No. | Week Ended | Sun. | Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | Total Hours Reg. | Total Hours O.T. | Rate Reg. | Rate O.T. | Earnings Regular | | Earnings Overtime | | Total Wages | | 401K | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals–1st Qtr. | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals–2nd Qtr. | | | | | | | | | | | | | | | | | | | | TOTALS |
| 27 | 7-1 | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | 7-8 | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | 7-15 | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | 7-22 | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | 7-29 | | | | 8 | | 3 | | 11 | | 27– | | 297 | — | | | | | | | 31 |
| 32 | 8-5 | | 10 | 8 | 8 | - | 8 | - | 32 | 2 | 27– | 40.50 | 864 | — | 40 | 50 | 945 | – | | | 32 |
| 33 | 8-12 | | | | | 10.5 | 4 | - | 12 | 2.5 | 27– | 40.50 | 324 | — | 101 | 25 | 425 | 25 | | | 33 |
| 34 | 8-19 | | 11 | 8 | 8 | 9 | 4 | | 28 | 1 | 27– | 40.50 | 756 | — | 40 | 50 | 796 | 50 | | | 34 |
| 35 | 8-26 | | | | | 8 | | | 8 | | 27– | | 216 | — | | | 216 | — | | | 35 |
| 36 | 9-2 | | | | 8 | 10 | 4 | | 20 | 2 | 27– | 40.50 | 540 | — | 81 | — | 621 | — | | | 36 |
| 37 | 9-9 | | 11 | 8 | 8 | 12 | 4 | | 28 | 4 | 27– | 40.50 | 756 | - | 162 | – | 918 | – | | | 37 |
| 38 | 9-16 | | | | | no | | | work | | | | | | | | | | | | 38 |
| 39 | 9-23 | | | | | no | | | work | | | | | | | | | | | | 39 |
| | 9-30 | | | | | no | | | work | | | | | | | | | | | | |
| | Totals–3rd Qtr. | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-7 | | | | | no | | | work | | | | | | | | | | | | 40 |
| 41 | 10-14 | | | | | | 8 | | 8 | | 27– | | 216 | — | | | 216 | — | | | 41 |
| 42 | 10-21 | | 8 | 8 | 9 | 9 | - | | 32 | 2 | 27– | 40.50 | 864 | — | 81 | — | 945 | — | | | 42 |
| 43 | 10-28 | | 9 | 8 | 9.5 | 8 | 10 | | 40 | 4.5 | 27– | 40.50 | 1080 | — | 182 | 25 | 1262 | 25 | | | 43 |
| 44 | 11-4 | | 11 | 8 | | | 9 | | 24 | 4 | 27– | 40.50 | 648 | – | 162 | – | 810 | – | | | 44 |
| 45 | 11-11 | | | | | 6 | 11 | | 14 | 3 | 27– | 40.50 | 378 | - | 121 | 50 | 499 | 50 | | | 45 |
| 46 | 11-18 | | | | | 9 | | | 9 | | 27– | | 216 | — | 40 | 50 | 256 | 50 | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals–4th Qtr. | | | | | | | | | | | | | | | | | | | | |
| | TOTALS–YEAR | | | | | | | | | | | | | | | | | | | | TOTALS–YEAR |

NAME Nicholas Bru ADDRESS 31 Ocean Ave - Warwick RI

| Week No. | WEEK ENDED | HOURS Sun. | Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | TOTAL HOURS Reg. | O.T. | RATE Reg. | O.T. | EARNINGS Regular | Overtime | Total Wages | 401K | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | 13 |
| | Totals–1st Qtr. | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | 26 |
| | Totals–2nd Qtr. | | | | | | | | | | | | | | | | | TO |
| 27 | 7-1 | | | | | | | | | | | | | | | | | 27 |
| 28 | 7-8 | | | | | | | | | | | | | | | | | 28 |
| 29 | 7-15 | | | | | | 5 | | 5 | | [illegible] | | 123 50 | | 123 50 | | | 29 |
| 30 | 7-22 | | 5 | 8 | - | 8 | | | 21 | | [illegible] 75 | | 519 75 | | 519 75 | | | 30 |
| 31 | 7-29 | | | | no | | work | | | | | | | | | | | 31 |
| 32 | 8-5 | | 9 | 8 | 8 | - | 8 | | 32 | 1 | 24 70 | 37 05 | 790 40 | 37 05 | 827 45 | | | 32 |
| 33 | 8-12 | | | | | 9.5 | 4 | | 12 | 1.5 | 24 70 | 37 05 | 296 40 | 55 57 | 301 97 | | | 33 |
| 34 | 8-19 | | H | 8 | 8 | 8 | 8 | | 32 | | 24 70 | | 790 40 | | 790 40 | | | 34 |
| 35 | 8-26 | | | | | no | | work | | | | | | | | | | 35 |
| 36 | 9-2 | | | | 8 | | | | 8 | | 24 70 | | 197 60 | | 197 60 | | | 36 |
| 37 | 9-9 | | | | | no | work | | | | | | | | | | | 37 |
| 38 | 9-16 | | | | | no | work | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | 39 |
| | Totals–3rd Qtr. | | | | | | | | | | | | | | | | | TOTALS |
| 40 | | | | | | | | | | | | | | | | | | 40 |
| 41 | | | | | | | | | | | | | | | | | | 41 |
| 42 | | | | | | | | | | | | | | | | | | 42 |
| 43 | | | | | | | | | | | | | | | | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | 52 |
| | Totals–4th Qtr. | | | | | | | | | | | | | | | | | |
| | TOTALS–YEAR | | | | | | | | | | | | | | | | | TOTALS YEAR |

NAME Guy S. L 13 ADDRESS 5 ... 

| Week No. | WEEK ENDED | HOURS SUN. | MON. | TUE. | WED. | THU. | FRI. | SAT. | TOTAL HOURS Reg. | O.T. | RATE Reg. | O.T. | EARNINGS Regular | Overtime | Total Wages | 401K | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | TO |
| 27 | 7-1 | | | | | | | | | | | | | | | | | 27 |
| 28 | 7-8 | | | | | | | | | | | | | | | | | 28 |
| 29 | 7-15 | | | | | | | | | | | | | | | | | 29 |
| 30 | 7-22 | | | | | 8 | | | 8 | | 24.70 | | 197 60 | | 197 60 | | | 30 |
| 31 | 7-29 | | | | | no | | work | | | | | | | | | | 31 |
| 32 | 8-5 | | 10 | 8 | 8 | - | 8 | | 32 | 2 | 24.70 | 37.05 | 790 40 | 74 10 | 864 50 | | | 32 |
| 33 | 8-12 | | | | | 6 | 4 | | 10 | | 24.70 | | 240 70 | | 240 70 | | | 33 |
| 34 | 8-19 | | 11 | - | - | 8 | 8 | | 16 | | 24.70 | | 395 20 | | 395 20 | | | 34 |
| 35 | 8-26 | | | | | no | | work | | | | | | | | | | 35 |
| 36 | 9-2 | | | | 8 | 8 | 4 | | 20 | | 24.70 | | 494 - | | 494 - | | | 36 |
| 37 | 9-9 | | 11 | 8 | 8 | 8 | 4 | | 28 | | 24.70 | | 691 60 | | 691 60 | | | 37 |
| 38 | 9-16 | | | | | no | | work | | | | | | | | | | 38 |
| 39 | 9-23 | | | | | no | | work | | | | | | | | | | 39 |
| | 9-30 | | | 8 | | | | | 8 | | 24.70 | | 197 60 | | 197 60 | | | |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-7 | | | | | no | | work | | | | | | | | | | 40 |
| 41 | 10-14 | | | | | | 8 | | 8 | | 24.70 | | 197 60 | | 197 60 | | | 41 |
| 42 | 10-21 | | 8 | 8 | - | 9 | | | 24 | 1 | 24.70 | 37.05 | 592 80 | 37 05 | 629 85 | | | 42 |
| 43 | 10-28 | | 9 | - | - | 8 | - | | 16 | 1 | 24.70 | 37.05 | 395 20 | 37 05 | 432 25 | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | 52 |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | |
| | TOTALS—YEAR | | | | | | | | | | | | | | | | | TOTALS YEAR |

NAME Emile R. [illegible] ADDRESS 19 San[illegible] St Pawtucket RI

| Week No. | WEEK ENDED | HOURS Sun. | Mon. | Tue. | Wed. | Thu. | Fri. | Sat. | TOTAL HOURS Reg. | O.T. | RATE Reg. | O.T. | EARNINGS Regular | | Overtime | | Total Wages | | 401K | | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TO. |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | 31 |
| 32 | | | | | | | | | | | | | | | | | | | | | | 32 |
| 33 | | | | | | | | | | | | | | | | | | | | | | 33 |
| 34 | | | | | | | | | | | | | | | | | | | | | | 34 |
| 35 | | | | | | | | | | | | | | | | | | | | | | 35 |
| 36 | | | | | | | | | | | | | | | | | | | | | | 36 |
| 37 | | | | | | | | | | | | | | | | | | | | | | 37 |
| 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-7 | | | | | | | | | | | | | | | | | | | | | 40 |
| 41 | 10-14 | | | | | | | | | | | | | | | | | | | | | 41 |
| 42 | 10-21 | | | 8 | 7 | 9 | | | 24 | 2 | 24.70 | 37.05 | 592 | 80 | 74 | 10 | 666 | 90 | | | | 42 |
| 43 | 10-28 | | 8 | – | – | – | 10 | | 16 | 2 | 24.70 | 37.05 | 395 | 20 | 74 | 10 | 469 | 30 | | | | 43 |
| 44 | 11-4 | | 8 | 8 | | | 9 | | 24 | 1 | 24.70 | 37.05 | 592 | 80 | 37 | 05 | 629 | 85 | | | | 44 |
| 45 | 11-11 | | 10 | 9 | 5 | 8 | 10 | | 37 | 5 | 24.70 | 37.05 | 913 | 90 | 185 | 25 | 1099 | 15 | | | | 45 |
| 46 | 11-18 | | | | | 8 | | | 8 | | 24.70 | | 197 | 60 | | | 197 | 60 | | | | 46 |
| 47 | 11-25 | | 8 | 8 | 10 | 8 | 8 | | 40 | 2 | 24.70 | 37.05 | 988 | – | 74 | 10 | 1062 | 10 | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | TOTALS—YEAR | | | | | | | | | | | | | | | | | | | | | TOTALS YEAR |

# DOME *Short-cut* PAYROLL BOOK

REGISTRATION

YEAR 20 07

*Name of Employer* Bayside Concrete

*Street*

*City and State*

EMPLOYER IDENTIFICATION NO.:

FEDERAL

STATE

**Disclaimer:** This publication is designed to provide accurate and authoritative information with regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.*

**From the declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations.*

Case 1:07-cv-00252-S-DLM Document 5-3 Filed 04/14/2008 Page 8 of 14

NAME DAVID Bennet ADDRESS 66 Darlingdale Ave Paul

| Week No. | WEEK ENDED | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HOURS Reg. | TOTAL HOURS O.T. | RATE Reg. | RATE O.T. | PAY Regular | | PAY Overtime | | Total Wages | | 401K | | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-6-07 | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | 1-13-07 | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | 1-20-07 | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | 1-27-07 | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | 2-3-07 | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | 2-10-07 | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | 2-17-07 | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | 2-24-07 | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | 5-5-07 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 739 | 14 |
| 15 | 5-12 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 741 | 15 |
| 16 | 5-19 | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | 5-26 | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | 6-2 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 768 | 18 |
| 19 | 6-9 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 773 | 19 |
| 20 | 6-16 | | | | | | | | | | | | | | | | | | | | 780 | 20 |
| 21 | 6-23 | | | | | | | | | | | | | | | | | | | | 786 | 21 |
| 22 | 6-30 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 792 | 22 |
| 23 | 7-[illegible] | | | 8 | 8 | 8 | | | 24 | | 25 20 | | 604 | 80 | | | 604 | 80 | | | [illegible] | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 27 | 7-7 | | | 8 | 8 | 8 | | | 24 | | 25 20 | | 604 | 80 | | | 604 | 80 | | | 801 | 27 |
| 28 | 7-14 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 806 | 28 |
| 29 | 7-21 | | | | no | work | | | | | | | | | | | | | | | | 29 |
| 30 | 7-28 | | | | no | work | | | | | | | | | | | | | | | | 30 |
| 31 | 8-4 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 819 | 31 |
| 32 | 8-11 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 827 | 32 |
| 33 | 8-18 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 836 | 33 |
| 34 | 8-18 | | D | o | n | o | 8 | | 40 | | | | 1008 | — | | | 1008 | — | | | 830 | 34 |
| 35 | 9-[illegible] | | 8 | 8 | 8 | | | | 24 | | 25 20 | | 604 | 80 | | | 604 | 80 | | | 837 | 35 |
| 36 | 9-[illegible] | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 844 | 36 |
| 37 | 9-[illegible] | | | | 8 | 8 | 8 | | 24 | | 25 20 | | 604 | — | | | 604 | — | | | 848 | 37 |
| 38 | 9-17 | | | | 8 | 8 | | | 16 | | 25 20 | | 403 | 20 | | | 403 | 20 | | | 850 | 38 |
| 39 | 9-17 | | | | | | | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 855 | 39 |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-1 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 866 | 40 |
| 41 | 10-6 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 869 | 41 |
| 42 | 10-16 | | 8 | 8 | 8 | | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 871 | 42 |
| 43 | 10-23 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25 20 | | 1008 | — | | | 1008 | — | | | 884 | 43 |
| 44 | 11-7 | | 8 | 8 | 8 | 8 | 8 | | 40 | | [illegible] | | 1008 | — | | | 1008 | — | | | 894 | 44 |
| 45 | 11-30 | | | | 8 | 8 | | | 16 | | | | | | | | 403 | 20 | | | 907 | 45 |
| 46 | 11-24 | | | | 8 | 8 | 8 | | 24 | | | | | | | | 604 | 80 | | | 910 | 46 |
| 47 | 12-1 | | | 8 | 8 | 8 | | | 24 | | | | | | | | 604 | 80 | | | [illegible] | 47 |
| 48 | 12-[illegible] | | 8 | 8 | 8 | 8 | 8 | | 40 | | | | | | | | 1008 | — | | | 915 | 48 |
| 49 | 12-[illegible] | | | | | | | | 16 | | | | | | | | 403 | 20 | | | 916 | 49 |
| 50 | 12-8 | | [illegible] | | | | | | | | | | | | | | 1612 | 80 | | | 918 | 50 |
| 51 | 12-8 | | | | 8 | 8 | 8 | | 24 | | | | | | | | 604 | 80 | | | 921 | 51 |
| 52 | 12-15 | | | [illegible] | | | | | 16 | | | | | | | | 403 | 20 | | | 926 | 52 |
| | 12-21 | | | | | | | | 40 | | | | | | | | 1008 | — | | | 927 | |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | TOTALS—YEAR | | | | | | | | | | | | | | | | | | | | | TOTALS—YEAR |

NAME Emile R. Hubert Jr ADDRESS 19 Sanford St Pawtucket RI



| Week No. | Week Ended | S | M | T | W | T | F | S | Total Hours Reg. | O.T. | Rate Reg. | Rate O.T. | Regular | | Overtime | | Total Wages | | | | Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals — 1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals — 2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | 7-28 | | | | | | 8 | | 8 | | 25.25 | | 202 | — | | | 202 | — | | | 811 | 30 |
| 31 | 8-4 | | 8 | | - | 8 | 8 | | 24 | | 25.25 | | 606 | — | | | 606 | — | | | 815 | 31 |
| 32 | 8-11 | | 8 | - | 8 | 8 | 4 | | 28 | | 25.25 | | 707 | — | | | 707 | — | | | 822 | 32 |
| 33 | 8-18 | | - | 8 | 8 | - | 10 | | 24 | 2 | 25.25 | 37.88 | 606 | — | 75 | 74 | 681 | 74 | | | 826 | 33 |
| 34 | 8-25 | | 8 | 10 | - | 10.5 | 6 | | 30 | 5.5 | 25.25 | 37.89 | 757 | 50 | 208 | 58 | 965 | 78 | | | 835 | 34 |
| 35 | 9-1 | | 10.5 | 9 | - | - | - | | 16 | 3.5 | 25.25 | 37.87 | 404 | — | 132 | 54 | 536 | 54 | | | 839 | 35 |
| 36 | 9-8 | | | | | 8 | 8 | | 16 | | 25.25 | | 404 | — | | | 404 | — | | | 845 | 36 |
| 37 | 9-15 | | | | | 8 | 9 | | 16 | 1 | 25.25 | 37.88 | 404 | — | 37 | 87 | 441 | 87 | | | 854 | 37 |
| 38 | 9-22 | | | | 8 | 8 | | | 16 | | 25.25 | | 404 | — | | | 404 | — | | | 858 | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | Totals — 3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-4 | | 8 | 8 | 8 | 8 | 8 | | 40 | | 25.25 | | 1010 | — | | | 1010 | — | | | 867 | 40 |
| 41 | 10-6 | | | | | | | | 8 | 4 | 25.25 | 37.89 | 353 | 48 | | | 353 | 48 | | | 874 | 41 |
| 42 | 10-17 | | | 8 | 4 | | | | 12 | | 25.25 | | 303 | — | | | 303 | — | | | 876 | 42 |
| 43 | 10-29 | | | | | | | | 16 | | | | 404 | | | | 404 | — | | | 886 | 43 |
| 44 | 11-2 | | | | | | | | 16 | | | | 404 | — | | | 404 | — | | | 887 | 44 |
| 45 | 11-9 | | | 8 | 8 | 8 | 8 | | 32 | | 25.25 | | 808 | | | | 808 | — | | | 895 | 45 |
| 46 | 11-16 | | | | | | | | 16 | | 25.25 | | 404 | — | | | 404 | — | | | 899 | 46 |
| 47 | 11-21 | | | | | | | | 8 | | 25.25 | | 202 | — | | | 202 | — | | | 903 | 47 |
| 48 | 11-24 | | | | | | | | 20 | | 25.25 | | 505 | — | | | 505 | — | | | 905 | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | 12-16 | | | | | 8 | 8 | | 16 | | 25.25 | | 404 | / | | | 404 | — | | | 923 | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals — 4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | Totals — Year | | | | | | | | | | | | | | | | | | | | | TOTALS – YEAR |

NAME Donald Bennell SR ADDRESS 19 Rosemere DR E. Prov

| Week No. | Week Ended | | | | | | | | Reg. | O.T. | | | | | time | | Total Wages | | | | | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | | | | | | | | | | | | | | | | | | | | | | TOT |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | 8-4-07 | 8 | 4 | | | | | | 12 | | 25 | | 303 | ✓ | | | 303 | ✓ | | | 817 | 31 |
| 32 | | | | | | | | | | | | | | | | | | | | | | 32 |
| 33 | | | | | | | | | | | | | | | | | | | | | | 33 |
| 34 | | | | | | | | | | | | | | | | | | | | | | 34 |
| 35 | | | | | | | | | | | | | | | | | | | | | | 35 |
| 36 | | | | | | | | | | | | | | | | | | | | | | 36 |
| 37 | | | | | | | | | | | | | | | | | | | | | | 37 |
| 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | | | | | | | | | | | | | | | | | | | | | | 40 |
| 41 | | | | | | | | | | | | | | | | | | | | | | 41 |
| 42 | | | | | | | | | | | | | | | | | | | | | | 42 |
| 43 | | | | | | | | | | | | | | | | | | | | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | | | | | | | | | | | | | | | | | | | | | | TOTALS – YEAR |

NAME TODD CHATTelle ADDRESS 45 W. LAWN AVE PAWT



| Week No. | Week Ended | | | | | | | | Total Hours Reg. | Total Hours O.T. | | | | | | | Total Wages | | | | | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals - 1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals - 2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TOT |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | 31 |
| 32 | | | | | | | | | | | | | | | | | | | | | | 32 |
| 33 | 8-18-07 | | | | | | 8 | | 8 | | 25.00 | | 202 | — | | | 203 | — | | | 825 | 33 |
| 34 | 8-25 | | 8 | 9 | - | 10 | - | - | 24 | 3 | 25.25 | 37.87 | 606 | — | 113 | 61 | 719 | 61 | | | 834 | 34 |
| 35 | | | | | | | | | | | | | | | | | | | | | | 35 |
| 36 | | | | | | | | | | | | | | | | | | | | | | 36 |
| 37 | | | | | | | | | | | | | | | | | | | | | | 37 |
| 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | Totals - 3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | | | | | | | | | | | | | | | | | | | | | | 40 |
| 41 | | | | | | | | | | | | | | | | | | | | | | 41 |
| 42 | | | | | | | | | | | | | | | | | | | | | | 42 |
| 43 | | | | | | | | | | | | | | | | | | | | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals - 4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | TOTALS - YEAR | | | | | | | | | | | | | | | | | | | | | TOTALS - YEAR |

NAME Douglas Chace ADDRESS 31 Narragansett Blvd 02719



| Week No. | Week Ended | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours Reg. | Total Hours O.T. | Rate Reg. | Rate O.T. | Earnings Regular | | Overtime | | Total Wages | | [illegible] | | [illegible] | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | 31 |
| 32 | | | | | | | | | | | | | | | | | | | | | | 32 |
| 33 | | | | | | | | | | | | | | | | | | | | | | 33 |
| 34 | 8-25-07 | | | | | | 8 | | 8 | 2 | 25.25 | 37.87 | 202 | — | 75 | 74 | 277 | 74 | | | 836 | 34 |
| 35 | 9-1- | | | 10.5 | | | | | 8 | 2.5 | 25.25 | 37.87 | 202 | — | 94 | 67 | 296 | 67 | | | 840 | 35 |
| 36 | | | | | | | | | | | | | | | | | | | | | | 36 |
| 37 | | | | | | | | | | | | | | | | | | | | | | 37 |
| 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | | | | | | | | | | | | | | | | | | | | | | 40 |
| 41 | | | | | | | | | | | | | | | | | | | | | | 41 |
| 42 | | | | | | | | | | | | | | | | | | | | | | 42 |
| 43 | | | | | | | | | | | | | | | | | | | | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | Totals—Year | | | | | | | | | | | | | | | | | | | | | TOTALS—YEAR |

NAME Kevin Spence ADDRESS 118 Jamaicast Pawt. 02860

| Week No. | WEEK ENDED | | | | | | | | TOTAL HOURS Reg. | O.T. | RATE Reg. | O.T. | Regular | | Overtime | | Total Wages | | | | | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TO |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | 31 |
| 32 | | | | | | | | | | | | | | | | | | | | | | 32 |
| 33 | | | | | | | | | | | | | | | | | | | | | | 33 |
| 34 | 8-25-07 | | | | | | 10 | | 8 | 2 | $25^{25}$ | $37^{87}$ | 202 | - | 75 | 74 | 277 | [illegible] | | | 837 | 34 |
| 35 | | | | | | | | | | | | | | | | | | | | | | 35 |
| 36 | | | | | | | | | | | | | | | | | | | | | | 36 |
| 37 | | | | | | | | | | | | | | | | | | | | | | 37 |
| 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | | | | | | | | | | | | | | | | | | | | | | 40 |
| 41 | | | | | | | | | | | | | | | | | | | | | | 41 |
| 42 | | | | | | | | | | | | | | | | | | | | | | 42 |
| 43 | | | | | | | | | | | | | | | | | | | | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | TOTALS—YEAR | | | | | | | | | | | | | | | | | | | | | TOTALS—YEAR |

NAME Guy Davis ADDRESS 230 Magnolia St Prov 02909

| Week No. | WEEK ENDED | SUN. | MON. | TUE. | WED. | THU. | FRI. | SAT. | TOTAL HOURS Reg. | TOTAL HOURS O.T. | RATE Reg. | RATE O.T. | EARN Regular | | EARN Overtime | | Total Wages | | 401K | | Paid by Check No. | Week No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| 3 | | | | | | | | | | | | | | | | | | | | | | 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | 4 |
| 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 6 | | | | | | | | | | | | | | | | | | | | | | 6 |
| 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| 8 | | | | | | | | | | | | | | | | | | | | | | 8 |
| 9 | | | | | | | | | | | | | | | | | | | | | | 9 |
| 10 | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | 13 |
| | Totals—1st Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | 26 |
| | Totals—2nd Qtr. | | | | | | | | | | | | | | | | | | | | | TO |
| 27 | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | 28 |
| 29 | | | | | | | | | | | | | | | | | | | | | | 29 |
| 30 | | | | | | | | | | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | | | | | | | | | | | | | 31 |
| 32 | | | | | | | | | | | | | | | | | | | | | | 32 |
| 33 | | | | | | | | | | | | | | | | | | | | | | 33 |
| 34 | | | | | | | | | | | | | | | | | | | | | | 34 |
| 35 | 9-15-07 | | | | 9 | | | | 8 | 1 | 25^25 | 37^87 | 202 | — | 37 | 87 | 239 | 87 | | | 847 | 35 |
| 36 | 9-29-07 | | | | 8 | 8 | | | 16 | | 25^25 | | 404 | — | | | 404 | 87 | | | 862 | 36 |
| 37 | | | | | | | | | | | | | | | | | | | | | | 37 |
| 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 39 | | | | | | | | | | | | | | | | | | | | | | 39 |
| | Totals—3rd Qtr. | | | | | | | | | | | | | | | | | | | | | TOTALS |
| 40 | 10-4 | | | | | 12 | | | 8 | 4 | 25^25 | 37^87 | 202 | — | 151 | 48 | 353 | 48 | | | 868 | 40 |
| 41 | | | | | | | | | | | | | | | | | | | | | | 41 |
| 42 | | | | | | | | | | | | | | | | | | | | | | 42 |
| 43 | | | | | | | | | | | | | | | | | | | | | | 43 |
| 44 | | | | | | | | | | | | | | | | | | | | | | 44 |
| 45 | | | | | | | | | | | | | | | | | | | | | | 45 |
| 46 | | | | | | | | | | | | | | | | | | | | | | 46 |
| 47 | | | | | | | | | | | | | | | | | | | | | | 47 |
| 48 | | | | | | | | | | | | | | | | | | | | | | 48 |
| 49 | | | | | | | | | | | | | | | | | | | | | | 49 |
| 50 | | | | | | | | | | | | | | | | | | | | | | 50 |
| 51 | | | | | | | | | | | | | | | | | | | | | | 51 |
| 52 | | | | | | | | | | | | | | | | | | | | | | 52 |
| | Totals—4th Qtr. | | | | | | | | | | | | | | | | | | | | | |
| | TOTALS—YEAR | | | | | | | | | | | | | | | | | | | | | TOTALS – YEAR |