TEL. (401) 942-8690
FAX (401) 943-4837

# PLASTERERS' AND CEMENT MASONS' LOCAL #40 HEALTH & WELFARE FUND

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920

TRUSTEES
JAMES DWYRE, Chairman
ANTHONY D'ANTUONO, Secretary
ROBERT MULLIGAN
JOHN EVERSON
MICHAEL IANNUCCILLI
DAVID CHAREST

January 14, 2007

TO ALL CONTRIBUTING EMPLOYERS:

The collective bargaining agreement between Plasterers and Cement Masons Local 40 and the Construction Industries of Rhode Island call for the following contributions to the various funds effective January 14, 2007:

| FUND | RATE PER HOUR WORKED |
|---|---|
| Pension Fund | $2.95 **Increase of .25 per hour** |
| Welfare Fund | 8.85 **Increase of .25 per hour** |
| Annuity Fund | .50 **Increase of .25 per hour** |
| Dues Fund | 1.80 Unchanged |
| Apprenticeship Fund | .15 Unchanged |

Revised payroll reporting forms are included herein reflecting the current rates.

Note that one check should be made payable to the Plasterers & Cement Masons Local #40 Benefit Funds. This check will include the amount payable to the Pension, Welfare, Annuity and Apprenticeship Funds. A separate check is required for the Plasterers & Cement Masons Local #40 Dues Fund.

If you have any questions, kindly call the Fund Office.

Yours very truly,

Valerie E. Campana

Valerie E. Campana
Administrator

bm

bm

enc.