| NAME | July.2006 | Aug.2006 | Sept.2006 | Oct. 2006 | Nov.2006 | Dec.2006 |
|---|---|---|---|---|---|---|
| Guy Davis | 8 | 60 | 48 | 50 | 0 | 60 |
| Emile Aubert Jr. | 0 | 0 | 0 | 44 | 117 | 0 |
| Geoffrey Tammaro | 50 | 87.5 | 38 | 17 | 33 | 0 |
| Tony Rowland | 11 | 85.5 | 54 | 86.5 | 54 | 0 |
| Nicholas Brusoe | 26 | 78.5 | 8 | 0 | 0 | 0 |
| **TOTAL** | 95 | 311.5 | 148 | 197.5 | 204 | 60 |

| | May.2007 | June.2007 | July.2007 | Aug.2007 | Sept.2007 | Oct. 2007 | Nov.2007 | Dec.2007 |
|---|---|---|---|---|---|---|---|---|
| Guy Davis | | | | | 25 | 12 | | |
| Emile Aubert Jr. | | | 8 | 113.5 | 68.5 | 80 | 92 | 16 |
| Donald Bennett Sr. | | | | 12 | | | | |
| David Bennett | 80 | 120 | 64 | 144 | 120 | 160 | 80 | 144 |
| Todd Chattelle | | | | 35 | | | | |
| Douglas Chace | | | | 10 | 10.5 | | | |
| Kevin Spence | | | | 10 | | | | |
| **TOTAL** | 80 | 120 | 72 | 324.5 | 224 | 252 | 172 | 160 |

BAYSIDE CONCRETE

| MONTH | DUE DATE | HRS | RATE | CONTRIB. OWED | PAID | BALANCE | INT. RATE | DAYS LATE | INT. OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| July. 06 | 8/20/06 | 95 | $13.50 | $1,282.50 | $1,282.50 | $0.00 | 8.25% | 609 | $0.00 | $0.00 | |
| Aug. 06 | 9/20/06 | 311.5 | $13.50 | $4,205.25 | $0.00 | $4,205.25 | 8.25% | 578 | $549.39 | $841.05 | |
| Sept. 06 | 10/20/06 | 148 | $13.50 | $1,998.00 | $0.00 | $1,998.00 | 8.25% | 548 | $247.48 | $399.60 | |
| Oct. 06 | 11/20/06 | 197.5 | $13.50 | $2,666.25 | $0.00 | $2,666.25 | 8.25% | 517 | $311.57 | $533.25 | |
| Nov. 06 | 12/20/06 | 204 | $13.50 | $2,754.00 | $0.00 | $2,754.00 | 8.25% | 487 | $303.15 | $550.80 | |
| Dec. 06 | 1/20/07 | 60 | $13.50 | $810.00 | $810.00 | $0.00 | 8.25% | 456 | $0.00 | $0.00 | |
| May. 07 | 6/20/07 | 80 | $14.25 | $1,140.00 | $0.00 | $1,140.00 | 8.25% | 305 | $78.59 | $228.00 | |
| June. 07 | 7/20/07 | 120 | $14.25 | $1,710.00 | $0.00 | $1,710.00 | 8.25% | 275 | $106.29 | $342.00 | |
| July. 07 | 8/20/07 | 72 | $14.95 | $1,076.40 | $0.00 | $1,076.40 | 8.25% | 244 | $59.36 | $215.28 | |
| Aug. 07 | 9/20/07 | 324.5 | $14.95 | $4,851.28 | $4,739.15 | $112.13 | 7.75% | 213 | $5.07 | $22.43 | |
| Sept. 07 | 10/20/07 | 224 | $14.95 | $3,348.80 | $0.00 | $3,348.80 | 7.75% | 183 | $130.12 | $669.76 | |
| Oct. 07 | 11/20/07 | 252 | $14.95 | $3,767.40 | $0.00 | $3,767.40 | 7.50% | 152 | $117.67 | $753.48 | |
| Nov. 07 | 12/20/07 | 172 | $14.95 | $2,571.40 | $0.00 | $2,571.40 | 7.25% | 122 | $62.31 | $514.28 | |
| Dec. 07 | 1/20/08 | 160 | $14.95 | $2,392.00 | $0.00 | $2,392.00 | 7.25% | 91 | $43.24 | $478.40 | |
| **TOTAL** | **OWED** | 2,420.50 | | | | $27,741.63 | | | $2,014.23 | $5,548.33 | $35,304.18 |
| | **ATTORNEYS' FEES AND COSTS** | | | | | | | | | | $2,493.50 |
| | **TOTAL OWED** | | | | | | | | | | **$37,797.68** |