# Bank of America Prime Rate History

**Updated January 30, 2008**

Following is a history of changes in the Prime Rate for Bank of America, N.A

(In some Bank of America loan documentation, the term "reference rate" has been used to refer to this lending rate.The terms "prime rate" and "reference rate" refer to the same rate.)

| | | |
|---|---|---|
| **2008** | March 18 | 5.25% |
| | January 30 | 6.00% |
| | January 22 | 6.50% |
| | | |
| **2007** | December 11 | 7.25% |
| | October 31 | 7.50% |
| | September 18 | 7.75% |
| | | |
| **2006** | June 29 | 8.25% |
| | May 10 | 8.00% |
| | March 28 | 7.75% |
| | January 31 | 7.50% |
| | | |
| **2005** | December 13 | 7.25% |
| | November 1 | 7.00% |
| | September 20 | 6.75% |
| | August 9 | 6.50% |
| | June 30 | 6.25% |
| | May 3 | 6.00% |
| | March 22 | 5.75% |
| | February 2 | 5.50% |
| | | |
| **2004** | December 14 | 5.25% |
| | November 10 | 5.00% |
| | September 22 | 4.75% |
| | August 11 | 4.50% |
| | July 1 | 4.25% |
| | | |
| **2003** | June 27 | 4.00% |
| | | |

**Most Recent Press Release**

Bank of America Declares Preferred Dividends
Apr 3, 2008