**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs,*

v. C.A. No. 07-252S

BAYSIDE CONCRETE CONSTRUCTION, INC,
*Defendant.*

**AFFIDAVIT OF ELIZABETH WIENS**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I, Elizabeth Wiens, am an associate attorney in the law firm of Gursky Law Associates, located at 420 Scrabbletown Rd., North Kingstown, Rhode Island, and counsel of record for the Plaintiffs in the above-captioned matter.

2. I was admitted to the Bar of the Supreme Court of the State of Rhode Island on November 17, 2003, to the Supreme Judicial Court of Massachusetts in December, 2003, and to the United States District Court for the District of Rhode Island in Spring 2004. I graduated from SUNY Geneseo in May 2000 and from Roger Williams University School of Law in May 2003. I have been practicing

with Gursky Law Associates since September, 2003.

3. Gursky Law Associates' practice is concentrated in the areas of labor and employment, including workers' compensation, pension rights, labor law and employment discrimination.

4. In accordance with firm procedure, firm attorneys prepare contemporaneous records of legal services for each of the firm's clients in the form of daily time sheets. Said sheets are then entered into the firm's computer on an ongoing basis, compiled and totaled each month on a computer-generated printout.

5. I have reviewed the computer-generated printout relating to the firm's representation of the Plaintiffs in this action. The services and time expended accurately reflect the firm's activity in connection with this litigation from April 30, 2007 to March 31, 2008. The printout is attached hereto as Exhibit A.

6. I have also reviewed the expenses recorded on Exhibit A. The expenses recorded were actually and necessarily incurred and paid by Gursky Law Associates and are subject to reimbursement from Plaintiffs.

7. Gursky Law Associates' attorneys' fees and costs in this matter for the specified period total $2,493.50. This is an accurate, proper and reasonable total fee for this matter.

8. The hourly fees charged in this case, $185.00 per hour, are within the range of the firm's standard billing rates and are customarily charged on ERISA litigation to institutional clients.

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens, Esq. #6827