4/4/2008
8:09 AM

Slip Listing



Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: Accountant; Advise; Amendment; Appraisal; Arbitration fee; Attendance at; Balance Forward; Balance Forward; Bond Fee; Client Dvlp; Closing; Conference; Constable Fee; Correspondence; Costs; Court; Delivery; Depo. Cost; Deposition; Draft; Education; Electronic File; Fax; FedEx; File Review; Filing fee; Grievance; Hearing; Interpreter; Interview; Invest. Srvc; L/F; L/T; LEXIS; Lease; Legal Research; Long Distance; Meeting; Opinion; Phone Opp Atty; Phone client; Photocopies; Postage; Prep Pleadings; Preparation; Publish Fee; Recording Fee; Research; Response; Retainer; Review; Revise; Service Fee; TCF; TCT; Transcript; travel costs |
| Slip.Date | 1/1/2007 - 4/4/2008 |
| Time.Selection | Include: JAZ; KES; LAW; MBG; RCH; TRL |
| Slip.Extra | Begins with: Bayside |
| Slip.Classification | Open |
| Clie.Selection | Include: PLAST 40 FUND |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 6715<br>4/30/2007<br>Billed<br>Preparation of 10-day letter | TIME<br><br>G:10917 | <br><br>5/8/2007 | KES<br>Preparation<br>PLAST 40 FUND<br><br>Bayside | 0.25<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 46.25 |
| 7091<br>6/28/2007<br>Billed<br>US District Court Filing Fee | EXP<br><br>G:10970 | <br><br>7/10/2007 | Bayside<br>MBG<br>Filing fee<br>PLAST 40 FUND | 1 | 350.00 | 350.00 |
| 7333<br>8/21/2007<br>Billed<br>Constable Fee | EXP<br><br>G:11018 | <br><br>9/11/2007 | Bayside<br>MBG<br>Constable Fee<br>PLAST 40 FUND | 1 | 65.00 | 65.00 |
| 7816<br>10/26/2007<br>Billed<br>Draft app. for default and affidavit | TIME<br><br>G:11072 | <br><br>11/13/2007 | LAW<br>Draft<br>PLAST 40 FUND<br><br>Bayside | 0.75<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 138.75 |
| 8045<br>11/28/2007<br>Billed<br>Preparation and file motions for entry of default | TIME<br><br>G:11097 | <br><br>12/10/2007 | LAW<br>Preparation<br>PLAST 40 FUND | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 92.50 |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| | | | Bayside | | | |
| 8064<br>11/30/2007<br>Billed<br>Draft depo notice, attachment and subpoena | TIME<br><br>G:11097 | <br><br>12/10/2007 | LAW<br>Draft<br>PLAST 40 FUND<br><br>Bayside | 0.75<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 138.75 |
| 8094<br>12/4/2007<br>Billed<br>Constable Fee | EXP<br><br>G:11110 | <br><br>1/16/2008 | Bayside<br>MBG<br>Constable Fee<br>PLAST 40 FUND | 1 | 86.00 | 86.00 |
| 8078<br>12/7/2007<br>Billed<br>Telephone call from Bayside re: subpoena | TIME<br><br>G:11110 | <br><br>1/16/2008 | LAW<br>TCF<br>PLAST 40 FUND<br><br>Bayside | 0.25<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 46.25 |
| 8343<br>2/1/2008<br>Billed<br>Telephone call from clerk; Draft depo notice | TIME<br><br>G:11172 | <br><br>3/7/2008 | LAW<br>TCF<br>PLAST 40 FUND<br><br>Bayside | 0.25<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 46.25 |
| 8600<br>3/3/2008<br>WIP<br>Review payroll records; Draft spreadsheet | TIME | | LAW<br>Review<br>PLAST 40 FUND<br><br>Bayside | 2.50<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 462.50 |
| 8604<br>3/4/2008<br>WIP<br>Draft letter to DL and AD | TIME | | LAW<br>Draft<br>PLAST 40 FUND<br><br>Bayside | 3.50<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 647.50 |
| 8630<br>3/13/2008<br>WIP<br>Telephone call from DL | TIME | | LAW<br>TCF<br>PLAST 40 FUND<br><br>Bayside | 0.25<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 46.25 |
| 8637<br>3/14/2008<br>WIP<br>Revise calculations; Draft letter to DB | TIME | | LAW<br>Revise<br>PLAST 40 FUND<br><br>Bayside | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 185.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 8640<br>3/17/2008<br>WIP<br>Calculate atty's fees; Revise letter to DB | TIME | LAW<br>Revise<br>PLAST 40 FUND<br><br>Bayside | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 92.50 |
| 8698<br>3/27/2008<br>WIP<br>Telephone call from Dave Bennett | TIME | LAW<br>TCF<br>PLAST 40 FUND<br><br>Bayside | 0.25<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 50.00 |
| Grand Total | | | | | |
| | | Billable | 10.75 | | 2493.50 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 10.75 | | 2493.50 |