FILED MAY 30 2008 U.S. District Court District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 07-252S

BAYSIDE CONCRETE CONSTRUCTION, INC,
*Defendant*.

**JUDGMENT**

On May 27, 2008, a hearing was held before the Honorable Judge William Smith on Plaintiffs' Motion for Default Judgment against Defendant pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. After hearing thereon, it is hereby

**ORDERED AND ADJUDGED:**

Judgment shall enter for Plaintiffs and against Defendant in the amount of $37,797.68.

ENTER: PER ORDER:

WSmm Wendy Sisk

5/29/08

Presented by:

Elizabeth A. Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
N. Kingstown, RI 02852
Tel. 401-294-4700
Fax.401-294-4702